The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONGQI LIU, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>VEEVA SYSTEMS INC., a foreign profit corporation; and DOES 1-20,<br><br>                      Defendant. | No. 2:23-cv-01784-BJR<br><br>**STIPULATED MOTION AND REQUEST TO STAY AND ORDER** |

Plaintiff Dongqi Liu ("Plaintiff") and Defendant Veeva Systems Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Stay.

The Parties conferred regarding alternative dispute resolution and agreed to mediation. Mediation is scheduled for June 26, 2024 with Judge Steve Scott (ret.) As a result, the Parties request a stay of this action including further litigation, motions practice, and related case deadlines until after mediation.

The Parties agree to submit a Joint Status Report by July 1, 2024, apprising the Court of the outcome of mediation and any resolution. WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion and Request to Stay.

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 1

No. 2:23-cv-01784-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| EMERY REDDY, PLLC | OGLETREE DEAKINS (SEA) |
| By: */s/ Patrick B. Reddy* | By: */s/ Adam T. Pankratz* |
| By: */s/ Timonthy W. Emery* | By: */s/ Mathew A. Parker* |
| By: */s/ Paul Cipriani* | Adam T. Pankratz, WSBA #50951 |
|    Patrick B. Reddy, WSBA #34092 |    Mathew A. Parker, OSBA #0093231 |
|    Timothy W. Emery, WSBA #34078 |    OGLETREE DEAKINS |
|    Paul Cipriani, WSBA #59991 |    1700 7th Avenue, Suite 2200 |
|    EMERY REDDY, PLLC |    Seattle, WA 98101 |
|    600 Stewart Street, Suite 1100 |    Phone: (206) 693-7057 |
|    Seattle, WA 98101 |    Email: adam.pankratz@ogletree.com |
|    Phone: (206) 442-9106 |    Email: mathew.parker@ogletree.com |
|    Email: reddyp@emeryreddy.com | *Attorneys for Defendants* |
|    Email: emeryt@emeryreddy.com | |
|    Email: paul@emeryreddy.com | |
|    *Attorneys for Plaintiff* | |

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 2

No. 2:23-cv-01784-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**ORDER**

Upon consideration of the Parties' Stipulated Motion and Request to Stay, the Court finds that good cause exists to stay this action until June 26, 2024 after mediation, and it is hereby **ORDERED** that this Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Parties shall file a Joint Status Report by July 1, 2024 apprising the Court of any resolution.

DATED this 14th day of May, 2024

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 3

No. 2:23-cv-01784-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

OGLETREE DEAKINS (SEA)
Adam T. Pankratz, WSBA #50951
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: adam.pankratz@ogletree.com

OGLETREE DEAKINS
Mathew A. Parker, OSBA #0093231
The KeyBank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
Telephone: (614) 494-0420
Facsimile: (614) 633-1455
Email: mathew.parker@ogletree.com

Dated this 14th day of May, 2024, at Seattle, Washington.

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

STIPULATED MOTION AND REQUEST TO STAY AND ORDER - 4

No. 2:23-cv-01784-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711